# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

United States of America

*versus*                                            Case Number: 3:18–cr–00026

Hector Fernando Blanco

## Notice of Resetting

**A proceeding has been reset in this case as to Hector Fernando Blanco as set forth below.**

**BEFORE:**
**Judge Jeffrey V Brown**

**PLACE:**
Sixth Floor Courtroom Galveston

**DATE:** 10/14/2020

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Sentencing
Applicable defendant(s) required to be present at the hearing.

Date:   August 7, 2020                                                    David J. Bradley, Clerk